# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANDREW RIGGLE,** | |
| Plaintiff, | 8:15CV413 |
| vs. | ORDER |
| **VALERO, AMERICAN ENTERPRISE PROPERTY,** and **DOES 1-5,** | |
| Defendants. | |

This matter is before the court plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 4). The plaintiff attached an affidavit regarding his financial status to the form application. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 4) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 13th day of November, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge