IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| ANDREW RIGGLE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CV413 |
| | ) | |
| v. | ) | |
| | ) | |
| VALERO, AMERICAN ENTERPRISE PROPERTY, and DOES 1-5, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of defendants Valero, American Enterprise Property, and Does 1-5 (hereinafter "defendants") to dismiss (Filing No. 12). The matter has been fully briefed by the parties. *See* Filing Nos. 13, 17, and 19. After review of the motion, the parties' briefs, and the applicable law, the Court will deny defendants' motion to dismiss without prejudice and grant plaintiff Andrew Riggle's request "to amend the complaint under Fed. R. Civ. P. 15." (Filing No. 17 at 4). Accordingly,

IT IS ORDERED:

1) Defendants' motion to dismiss is denied without prejudice.

2) Plaintiff is granted leave to amend his complaint. Said amended complaint shall be filed on or before April 18, 2016.

DATED this 4th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court