IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANDREW RIGGLE,                )
                              )
          Plaintiff,          )       8:15CV413
                              )
     v.                       )
                              )
VALERO, AMERICAN ENTERPRISE   )       ORDER AND JUDGMENT
PROPERTY, and DOES 1-5,       )
                              )
          Defendants.         )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion to dismiss is granted.

2) Plaintiff's complaint is dismissed with prejudice.

DATED this 3rd day of June, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court