```
                IN THE UNITED STATES DISTRICT COURT FOR THE

                           DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANDREW RIGGLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV413 |
| | ) | |
| v. | ) | |
| | ) | |
| VALERO, AMERICAN ENTERPRISE | ) | ORDER |
| PROPERTY, and DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's application to proceed on appeal *in forma pauperis* (Filing No. 30). The Court finds the application should be granted. Accordingly,

IT IS ORDERED that plaintiff's application is granted; plaintiff may proceed on appeal without prepayment of costs.

DATED this 20th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court